■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH WATSON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered June 19, 1989, convicting him of robbery in the second degree, upon a jury verdict and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that the court erred in failing to give an alibi charge is unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Cadorette,* 56 NY2d 1007; *People v Lassiter,* 161 AD2d 669; *People v Howard,* 153 AD2d 903) and in light of the overwhelming evidence of defendant's guilt, we decline to reach this issue in the exercise of our interest of justice jurisdiction *(see,* CPL 470.15 [6]).

The sentence imposed by the court was not excessive under the circumstances *(see, People v Suitte,* 90 AD2d 80; *People v Lassiter, supra).* We have examined the defendant's remaining contentions and find them to be without merit. Thompson, J. P., Bracken, Lawrence and Eiber, JJ., concur.